**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-7074**

─────────────

FRANKIE JAE LORDMASTER, f/k/a Jason Robert Goldader,

            Plaintiff - Appellant,

       v.

G. HINKLE, Regional Director; MR. JENNINGS, Ex-Warden of
Augusta Correctional Center; BUILDING C/D  SERGEANT;
BUILDING  C/D   LIEUTENANT;  LT.  WHEELER;  LINKENHOLKER;
SHIFFLET, a/k/a Shiflett,

            Defendants – Appellees,

       and

AUGUSTA  CORRECTIONAL  CENTER  PERSONNEL;  UNKNOWN;  VIRGINIA
D.O.C.  AGENTS;  OTHER  AGENTS  OF  GOVERNMENT;  COMMON  FARE:
DEFENDANTS AT ACC; LAW LIBRARY: DEFENDANTS AT ACC; PERSONAL
SAFETY:  DEFENDANTS  AT  ACC  PERSONNEL;  DISEMMINATION:
DEFENDANTS AT OR OUTSIDE ACC; RETALIATION: DEFENDANTS AT
ACC, Cell Search or resultant; RETALIATION: DEFENDANTS AT OR
OUTSIDE ACC, Transfer or resultants,

            Defendants.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:13-cv-00506-MFU-RSB)

─────────────

Submitted: October 16, 2014        Decided:  October 22, 2014

─────────────

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

––––––––––––––––

Frankie Jae LordMaster, Appellant Pro Se.   James Milburn Isaacs, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie Jae LordMaster appeals the district court's order granting summary judgment to some Defendants on LordMaster's 42 U.S.C. § 1983 (2012) complaint and dismissing without prejudice the claims against the remaining Defendants pursuant to 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny LordMaster's pending Fed. R. Civ. P. 60(b) motion, and affirm for the reasons stated by the district court. LordMaster v. Hinkle, No. 7:13-cv-00506-MFU-RSB (W.D. Va. July 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED